**Order entered August 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01503-CV

## HOSSEIN JAHANSHAHI, Appellant

## V.

## MASOOMEH JANGRAVI, Appellee

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-03913**

## ORDER

We **GRANT** appellee's August 18, 2015 second motion to extend time to file brief and

**ORDER** the brief be filed no later than September 21, 2015.


/s/     CRAIG STODDART
          JUSTICE